UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                              CASE NO. 05 B 63635
DANNY KEITH CARDONA
SUGHEE CARDONA                      CHAPTER 13

                                    JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-9108    SSN XXX-XX-5028
```

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/28/05 and confirmed on 03/16/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 112080.24 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE CORP | CURRENT MORTG | 34938.00 | .00 | 34938.00 |
| HSBC MORTGAGE CORP | MORTGAGE ARRE | 4347.00 | .00 | 4347.00 |
| MITSUBISHI MOTOR CRED OF | SECURED VEHIC | 2141.25 | 153.32 | 2141.25 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| DENNIS D BALLINGER | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 26898.20 | .00 | 26898.20 |
| BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| BUREAU OF ACCOUNT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| BUREAU OF COLLECTION REC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 4073.66 | .00 | 4073.66 |
| CAPITAL ONE BANK | UNSECURED | 2350.77 | .00 | 2350.77 |
| CAPITAL ONE BANK | UNSECURED | 7071.04 | .00 | 7071.04 |
| CAPITAL ONE BANK | UNSECURED | 1668.26 | .00 | 1668.26 |
| CAPITAL ONE BANK | UNSECURED | 2442.83 | .00 | 2442.83 |
| CAPITAL ONE BANK | UNSECURED | 1019.65 | .00 | 1019.65 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | 5483.30 | .00 | 5483.30 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2592.28 | .00 | 2592.28 |
| SURENDRA GULATI MD | UNSECURED | NOT FILED | .00 | .00 |
| ZAFER JAWICH MD | UNSECURED | NOT FILED | .00 | .00 |

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 962.16 | .00 | 962.16 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| IMPERIAL MERCHANT SRVS | UNSECURED | NOT FILED | .00 | .00 |
| IMPERIAL MERCHANT SRVS | UNSECURED | NOT FILED | .00 | .00 |
| JD BROWN & COM | UNSECURED | NOT FILED | .00 | .00 |

```
PENN CREDIT CORP          UNSECURED    NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED     5766.32             .00       5766.32
SWISS COLONY              UNSECURED    NOT FILED            .00           .00
VAN RU CREDIT             UNSECURED    NOT FILED            .00           .00
RJM ACQUISITIONS LLC      UNSECURED      102.00             .00        102.00
INTERNAL REVENUE SERVICE  UNSECURED      300.00             .00        300.00
        Summary of disbursements:
---------------------------------------------------------------------------

                   SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
---------------------------------------------------------------------------

TOTAL CLMS ALLOWED  41426.25    26898.20     33832.27         .00    102156.72
PRINCIPAL PAID      41426.25    26898.20     33832.27         .00    102156.72
INTEREST PAID         153.32         .00          .00         .00       153.32
TOTAL PAID          41579.57    26898.20     33832.27         .00    102310.04
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2500.00
and was paid $    500.00  direct and $   2000.00  through the plan.

The Trustee received $   5229.52 .

Refunds to the Debtor totaled $   2540.68 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated:  05/21/08              /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE